915 A.2d 489

IN THE MATTER OF FRANK G. OLIVO, AN ATTORNEY
AT LAW (ATTORNEY NO. 015581979).

January 11, 2007.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 06–212, concluding that **FRANK G. OLIVO** of **HAMMONTON**, who was admitted to the bar of this State in 1979, should be reprimanded for violating *RPC* 1.5(b) (failure to communicate the basis or rate of a fee in writing) and *RPC* 1.9(a)(1) (conflict of interest), and good cause appearing;

It is ORDERED that **FRANK G. OLIVO** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.